JEREMIAH A. O'LEARY, Appellant, v. THOMAS J. O'NEILL, Respondent.—

Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.